Case 1:24-mj-00339-MAU   Document 1-1   Filed

Case: 1:24-mj-00339
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/25/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ███████, is a Special Agent in the Federal Bureau of Investigation. In my duties as a special agent and a task force officer, I investigate violation of federal law. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### ROBERT PICCIRILLO'S INVOLVEMENT IN THE JANUARY 6, 2021 RIOT AT THE UNITED STATES CAPITOL

I.   **PICCIRILLO's Activities on January 6, 2021**

Pursuant to its investigation of the events of January 6, 2021, the FBI identified an individual named ROBERT PICCIRILLO, also known as "Bobby Pickles," as a person who illegally entered the Capitol building and restricted Capitol grounds on that day. PICCIRILLO was identified as a white male with a black and grey beard wearing blue jeans, black shoes, and a black jacket over a black hooded sweatshirt on January 6, 2021, as shown in Figure 1. He also wore a black knit cap with a yellow symbol on one side (see Figure 2) and an American flag on the other side (see Figure 3). The identification of PICCIRILLO is described in more detail in Section II, below.

  

*Figure 1*              *Figure 2*              *Figure 3*

Based on my investigation, as of January 6, 2021, PICCIRILLO was the President of the West Palm Beach chapter of the Proud Boys. As described in more detail below, certain Proud Boys members marched as a group to the Capitol and participated in the initial breach of the Capitol and its grounds.

I reviewed open-source, Capitol surveillance, and body-worn camera footage from January 6, 2021. That footage shows PICCIRILLO marching towards the Capitol building and standing near or on Capitol grounds with individuals who I recognize as members of the Proud Boys organization. As they marched, the group chanted, "Whose Streets? Our Streets" and "fuck Antifa," among other things. PICCIRILLO is circled in yellow in all images below.



*Figure 4*



*Figure 5*

Open-source footage shows that PICCIRILLO and other Proud Boys gathered on the East side of the Capitol building.



*Figure 6*

The Proud Boys, including PICCIRILLO, then marched towards the West Side of the building. PICCIRILLO and the other Proud Boys approached the Peace Circle monument, near the West side of the Capitol building.

Around 12:53 p.m., PICCIRILLO and a large group of people approached the initial barriers marking the restricted perimeter on the West Front of the Capitol building. The individuals in front of PICCIRILLO pushed aside and/or knocked over those barriers, as shown below.



*Figure 7*

PICCIRILLO advanced past the barriers and onto restricted Capitol grounds. PICCIRILLO approached the Lower West Terrace of the Capitol. According to my review of footage from January 6, PICCIRILLO climbed over a stone ledge and walked towards a black fence directly in front the West side of the Capitol building.



*Figure 8*

PICCIRILLO stood in front that fence, and directly in front of officers, for several minutes.



*Figure 9*

Shortly before 1:00 p.m., rioters began pushing on that black fence. USCP officers on the other side of the fence directed the rioters to stop. My review of the footage indicates that PICCIRILLO held his phone with one hand and the fence with the other. The rioters eventually pushed the fence over, at which point PICCIRILLO stepped over the fence and moved closer the Capitol building, along with the mob of people, towards an area that I recognize as the "Inaugural Stage," i.e. the temporary stage that been set up for the upcoming Presidential inauguration.



*Figure 10*

Footage that I reviewed, a screenshot from which is below, shows that PICCIRILLO stood in front of officers and chanted "we want Trump!"


*Figure 11*

PICCIRILLO stood nearby, within eyesight, as a group of rioters confronted officers on the Lower West Terrace:



*Figure 12*

The rioters eventually pushed past the police officers on the Lower West Terrace and advanced to the exterior of the Capitol building. I know, pursuant to my investigation, that some rioters crowded in and around the "tunnel" on the Lower West Terrace. Footage from January 6 shows PICCIRILLO standing near a window just north of that tunnel:



*Figure 13*



*Figure 14*

PICCIRILLO entered the building by climbing through a broken window near the Lower West Terrace tunnel. Once inside the building, he gathered with other rioters in a small room. Figure 15 shows PICCIRILLO entering the Capitol building and Figure 16 shows him inside of the building.



*Figure 15*



*Figure 16*

## II.     Identification of PICCIRILLO

I identified interviews in which PICCIRILLO discussed his participation in the events of January 6, 2021. For example, PICCIRILLO was profiled and interviewed by *The New Yorker* magazine in an article titled, "A Palm Beach Proud Boy at the Putsch," published on January 9, 2021. In that article, PICCIRILLO admitted to going to the Capitol building on January 6 as part of the Proud Boys organization. He is quoted as stating, "I'd never been to the Capitol before – and I have now!" An excerpt from the article, in which PICCIRILLO describes his experience on January 6, is below:

> Pickles found the media's suggestions that police hadn't mounted a serious challenge insulting. "It wasn't easy!" he said. "We were hit with pepper spray and tear gas. They were trying to keep people out. But we were rushing them." As if to demonstrate the group's valor, he exclaimed, "Someone got *shot*. And someone got hit with a pepper ball in the cheek! It left a big hole. And someone got hit in the eye." (This he found particularly scary, he said, because "one of my grandfathers had a glass eye, and it's my biggest fear.")

I also know, based on my investigation, that PICCIRILLO hosted a podcast called "Bobby Pickles' Podcast." The description of that podcast states, in part: "HELLO, I'M BOBBY PICKLES. WHAT'S YOUR NAME? OUTSTANDING! Actually, my "real" name is Robert Vincent Piccirillo, but my nom de plume is Bobby Pickles…Today, I'm a T-shirt Peddler/Professional Podcaster – interviewing scums from all walks of life…." PICCIRILLO hosted Joseph Biggs, a known leader of the Proud Boys, on an episode aired on January 3, 2021. On that podcast, PICCIRILLO stated, "Stop the steal, baby. See you in Washington, D.C. on January 6th."

Baseline checks performed by the FBI revealed an addressed associated with PICCIRILLO. On May 22, 2024, I conducted surveillance on PICCIRILLO's residence. During that surveillance, I observed PICCIRILLO exit his residence and arrive back at the residence approximately thirty-four minutes later. Based on my review of PICCIRILLO's social media and my observations of him on May 22, I positively identified the person that I observed as the person pictured in Figures 1 through 16, above.

\* \* \* \*

Based on the foregoing, your affiant submits that there is probable cause to believe that PICCIRILLO violated 18 U.S.C. §§ 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Your affiant submits there is also probable cause to believe that PICCIRILLO violated 40 U.S.C. §§ 5104(e)(2), with makes it a crime to willfully and knowingly (D) utter loud, threatening,

or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 25th day of October 2024.

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE