AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Robert Piccirillo

_____
Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00339
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/25/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_                    Robert Piccirillo                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      10/25/2024

_____
Issuing officer's signature

City and state:      Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
_____
Printed name and title

| Return |
|---|
| This warrant was received on _(date)_ October 25, 2024 , and the person was arrested on _(date)_ October 28, 2024 at _(city and state)_ Port Orange, Florida . |

Date: 10/28/2024

_____
Arresting officer's signature

Rachel Favio, FBI Special Agent
_____
Printed name and title

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:24-mj-2142-LHP**

**ROBERT PICCIRILLO**

AUSA: Amanda Daniels

Defense Attorney: Aziza Hawthorne, Federal Public Defender

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **October 29, 2024**<br>1:33-1:46<br>13 minutes |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL: | Ebonie Henderson-Larrame |

### CLERK'S MINUTES
#### INITIAL APPEARANCE

Case called; appearances taken; procedural setting by the Court.
Court summarized the charges in the complaint.
Court advised the Defendant of his rights.
Defendant orally moved for appointment of counsel.
Court granted the motion and appointed counsel to represent the Defendant in this district.
Parties advised of the requirements pursuant to the Due Process Protections Act.
Government summarized the penalties.
No issues as to identity.
Government orally moved for release from custody.
Court granted the motion. Order Setting Conditions of Release entered.
Order of Removal entered.

AO 466A  (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:24-mj-2142-LHP**

**ROBERT PICCIRILLO**

**Charging District's**
**Case No. 1:24-mj-00339**

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **Robert Piccirillo**, understand that I have been charged in the District of Columbia

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

## I AGREE TO WAIVE MY RIGHT(s) TO:

☑    an identity hearing

☐    a preliminary hearing

☐    a detention hearing

☐    an identity hearing and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

October 29, 2024

_____
Defendant's Signature

_____
Signature of defendant's attorney

Aziza Hawthorne
_____
Printed name of defendant's attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:24-mj-2142-LHP**

**ROBERT PICCIRILLO**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Robert Piccirillo, having been arrested and presented before me for removal proceedings pursuant to

Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule

5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on October 29, 2024.

Based on the defendant's waiver of identity hearing, I find that ROBERT PICCIRILLO is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 29, 2024.

_David A. Baker_
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:24-mj-02142-LHP All Defendants

Case title: USA v. Piccirillo

Date Filed: 10/29/2024

Date Terminated: 10/29/2024

Assigned to: Magistrate Judge Leslie
Hoffman Price

**Defendant (1)**

**Robert Piccirillo**
*TERMINATED: 10/29/2024*

represented by **Aziza Hawthorne**
Federal Defender's Office
201 South Orange Avenue
Suite 300
Orlando, FL 32801
407-648-6338
Email: aziza_hawthorne@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752.P RESTRICTED BUILDING OR
GROUNDS, 18:1752.P RESTRICTED
BUILDING OR GROUNDS, 40:5104E.M
VIOLENT ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS,
40:5104E.M VIOLENT ENTRY AND

**Disposition**

**Query**    Reports    **Utilities**    **Help**    **What's New**    Log Out

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Amanda Sterling Daniels**<br>United States Attorney's Office<br>400 W. Washington Street., Suite 3100<br>Orlando, FL 32801<br>407-648-7513<br>Fax: 407-648-7643<br>Email: amanda.daniels@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2024 | 1 | Arrest pursuant to Rule 5(c)(2) of Robert Piccirillo from the District of Columbia. (ECJ) (Entered: 10/29/2024) |
| 10/29/2024 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Leslie Hoffman Price: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/29/2024 as to Robert Piccirillo from the District of Columbia. Appearance entered by Aziza Hawthorne for Robert Piccirillo on behalf of defendant. (DIGITAL) (ECJ) (Entered: 10/29/2024) |
| 10/29/2024 | 3 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Robert Piccirillo: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (ECJ) (Entered: 10/29/2024) |
| 10/29/2024 | 4 | ***CJA 23 Financial Affidavit by Robert Piccirillo. (ECJ) (Entered: 10/29/2024) |
| 10/29/2024 | 5 | ORAL MOTION to Appoint Counsel by Robert Piccirillo. (ECJ) (Entered: 10/29/2024) |
| 10/29/2024 | 6 | **ORDER granting 5 Oral Motion to Appoint Counsel as to Robert Piccirillo. The Federal Public Defender is appointed to represent the defendant in this district only in this case. Signed by Magistrate Judge David A. Baker on 10/29/2024. (ECJ)** (Entered: 10/29/2024) |
| 10/29/2024 | 7 | WAIVER of Rule 5 & 5.1 Hearings hearing by Robert Piccirillo. (ECJ) (Entered: 10/29/2024) |
| 10/29/2024 | 8 | ORAL MOTION for Release from Custody by USA as to Robert Piccirillo. (ECJ) (Entered: 10/29/2024) |
| 10/29/2024 | 9 | **ORAL ORDER granting 8 Oral Motion for Release from Custody as to Robert Piccirillo. Order Setting Conditions of Release to be separately entered. Rendered in open Court by Magistrate Judge David A. Baker on 10/29/2024. (ECJ)** (Entered: 10/29/2024) |
| 10/29/2024 | 10 | **ORDER Setting Conditions of Release as to Robert Piccirillo. Signed by Magistrate Judge David A. Baker on 10/29/2024. (ECJ)** (Entered: 10/29/2024) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2024) |
| 10/29/2024 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Robert Piccirillo regarding your case number: 1:24-mj-00339. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (ECJ) (Entered: 10/29/2024) |